```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SAMUEL LOPEZ,                                                          :
                                                                       :
                        Plaintiff,                                     :
                                                                       :         24 Civ. 9141 (JPC)
        -v-                                                            :
                                                                       :              ORDER
RENEE ROMERO TRUSTEE and CAFE RETAMAR                                  :
INC,                                                                   :
                                                                       :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 6, 2024, Plaintiff served Defendant Cafe Retamar Inc. with copies of the Summons and Complaint. Dkt. 8. Defendant's deadline to respond to the Complaint was therefore December 27, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until March 19, 2025. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default as to this Defendant by March 26, 2025.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Defendant was served with the Summons and Complaint.

SO ORDERED.

Dated: March 12, 2025
      New York, New York

                                                JOHN P. CRONAN
                                                United States District Judge