UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                           :

SAMUEL LOPEZ,                        :

             Plaintiff,          :

        -v-                   :               24 Civ. 9141 (JPC)

                           :

CAFE RETAMAR INC,           :                <u>ORDER</u>

                           :

            Defendant.       :

                           :
-------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

On April 16, 2025, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for May 7, 2025 at 9:30 a.m. Dkt. 22 at 1-2. The Court also ordered the parties to submit a proposed case management plan and scheduling order. *Id*. Both items were due April 30, 2025. The parties failed to submit either.

The parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 22 by 5:00 p.m. on May 2, 2025. The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

      SO ORDERED.

Dated: May 1, 2025
      New York, New York                         JOHN P. CRONAN
                                          United States District Judge