UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SAMUEL LOPEZ,                                                          :
:
               Plaintiff,                              :
:    24 Civ. 9141 (JPC)
      -v-                                                             :
:    <u>ORDER</u>
CAFE RETAMAR INC,                                                      :
:
               Defendant.                              :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On May 7, 2025, in its Civil Case Management Plan and Scheduling Order, the Court ordered the parties to submit a joint letter updating the Court on the status of the case by November 14, 2025. Dkt. 26 ("Scheduling Order"). The parties failed to submit that letter to the Court. It is hereby ordered that, within one week of the filing of this Order, either (1) the parties must file on ECF the joint letter described in the Scheduling Order or (2) each party must submit a letter, of no more than five pages, showing cause why sanctions should not be imposed in light of the parties' failure to comply with the Court's Scheduling Order.

        SO ORDERED.

Dated: November 17, 2025
       New York, New York
                                                    JOHN P. CRONAN
                                                      United States District Judge